

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2019

No. 04-18-00942-CR

Ray Martin **RUIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 6537
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The trial court imposed sentence in Cause No. 6537 on October 31, 2018. The motion for new trial was due to be filed on November 30, 2018. *See* TEX. R. APP. P. 21.4(A). Appellant filed a pro se motion for new trial on December 3, 2018. Because appellant did not timely file a motion for new trial, the notice of appeal was also due to be filed on November 30, 2018. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on December 15, 2018. TEX. R. APP. P. 26.3. Appellant filed a pro se notice of appeal on December 3, 2018, but did not file a motion for extension of time. Because appellant did not timely file a notice of appeal or file a motion for extension of time, we lack jurisdiction over this appeal. *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

We, therefore, ORDER appellant to show cause on or before **February 15, 2019** why this appeal should not be dismissed for lack of jurisdiction.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court